**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KARI KUSER,<br><br>　　　　Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A<br><br>　　　　Defendant. | Case No.: **2:15-CV-00752-JAM-AC**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 1/27/2016

/s/ John A. Mendez
The Honorable Judge
John A. Mendez
United States District Court Judge